UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KENTRELL HOUSTON,**

**Petitioner,**

**v.**                                                    **Case No.  1:25-cv-346-TKW-HTC**

**RICKY DIXON, SECT DEPT OF
CORR,**

**Respondent.**

_____/

### ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 9).  No objections were filed.[1]

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute and failure to comply with court orders.  Accordingly, it is **ORDERED** that:

1.      The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1]  The copy of the R&R that was mailed to Petitioner's address of record was returned as undeliverable by the Post Office.  *See* Doc. 10.  The R&R was re-mailed to a different address that the Clerk found for Petitioner, and that copy was presumably received by him because it was not returned by the Post Office.  Petitioner's failure to keep the Court apprised of his current address is an additional reason why this case should be dismissed.

2.     This case is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**